**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| V.G.G. | : | No. 777 MAL 2019 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| A.L. AND A.E.G. | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| FRANKLIN COUNTY CHILDREN AND | : | |
| YOUTH SERVICES | : | |
| | : | |
| | : | |
| PETITION OF: V.G.G. | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 18th day of February, 2020, the Petition for Allowance of Appeal
is **DENIED**.